## MATHIS *v.* THE STATE.

LITTLE, J.    The jury was the proper tribunal to pass on the consistency and weight of the evidence and the credibility of the witnesses.    Although conflicting, there was evidence which sustained the verdict.

*Judgment affirmed.    All the Justices concurring.*

Submitted October 23, — Decided November 7, 1901.

Indictment for assault with intent to murder. Before Judge Henry. Floyd superior court. July term, 1901.

*John W. Bale*, for plaintiff in error.
*Moses Wright*, solicitor-general, contra.